

Dated: March 28, 2011 14:09:39
## The following is ORDERED:

Niles Jackson
United States Bankruptcy Judge

---

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| In Re:<br><br>Jesse & Bethany Sullivan,<br>         Debtors. | Case No. 10-11111 NLJ<br>Chapter 13 |

### ORDER ON MOTION TO
### <u>RETAIN TAX REFUND</u>

  Counsel for debtors represents that the motion was filed on March 1, 2011, and served on all parties in interest pursuant to Local Bankruptcy Rule 9007, and the last date for filing objections was March 25, 2011, which has passed with no objection thereto being served and filed. Therefore, the motion should be granted.

  IT IS THEREFORE ORDERED that the Debtors are permitted to retain their Federal and State Tax Refunds for tax year 2010.

10-11111 NLJ

***

Approved for Entry:


/s/ Elizabeth Pickens
Elizabeth Pickens, OBA #21779
Patrick E. Moore, OBA#6351
625 N.W. 13th St.
Oklahoma City, Ok. 73103
(405) 606-7016, fax (405) 606-1017
Attorney for the Debtors


/s/ Linda Ruschenberg
Linda Ruschenberg, OBA #12842
P.O. Box 1948
Oklahoma City, Ok. 73101
Attorney for the Trustee